[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 24-13393

Non-Argument Calendar

————————————————

THE OKAVAGE GROUP, LLC,
on behalf of itself and all others similarly situated,

Plaintiff-Appellant,

*versus*

UWM HOLDINGS CORPORATION, et al.,

Defendants,

UNITED WHOLESALE MORTGAGE, LLC,
MATHEW ISHBIA,
individually,

2                    Opinion of the Court                    24-13393

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cv-00448-WWB-LLL

_____

Before NEWSOM, GRANT, and WILSON, Circuit Judges.

PER CURIAM:

After careful review, we affirm the judgment of the district court for the reasons set forth in the Report and Recommendation dated February 6, 2024, which the district court adopted in its dispositive Order dated September 20, 2024.

**AFFIRMED.**